## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

PATRICK NWAEZEIGWE,

      Plaintiff,

v.

FRANKLIN PRIMARY HEALTH CENTER
(FPHC) and CHARLES WHITE,

      Defendants.

Case No.: 1:21-cv-00254-CG-B

## JOINT STIPULATION OF DISMISSAL

Defendants Franklin Primary Health Care, Inc. and Charles White and Plaintiff Patrick Nwaezeigwe hereby jointly stipulate to the dismissal of this action, **with prejudice** each party to bear their own costs.

Respectfully submitted this 2nd day of November, 2021.

      Respectfully submitted,

/s/ Matthew C. McDonald
_____
Matthew C. McDonald (MCDOM2996)
*Attorney for Defendants Franklin Primary Health Care, Inc. and Charles White*

**OF COUNSEL**:
Jones Walker LLP
11 North Water Street, Ste. 1200
Mobile, Alabama 36602
Telephone: 251-439-7576
Facsimile: 251-439-7385
mmcdonald@joneswalker.com

/s/ Patrick Nwaezeigwe (with consent)
_____
Patrick Nwaezeigwe
*Pro Se Plaintiff*

307 Decatur Drive
Summerville, S.C. 29486
Telephone: 843-714-7718
pcn20050930@yahoo.com